# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1573
Lower Tribunal No. F91-5033E
_____

**Kelvin Bryant,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and James A. Odell, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See <u>Adams v. State</u>, 949 So. 2d 1125 (Fla. 3d DCA 2007);

<u>Rogers v. State</u>, 296 So. 3d 500 (Fla. 1st DCA 2020); <u>Morgan v. State</u>, 293

So. 3d 1081 (Fla. 2d DCA 2020).